NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**AMY J. MITCHELL,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3056

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110601-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of Justice moves without opposition to reform the caption to name the Merit Systems Protection Board (Board) as the respondent. Amy J. Mitchell moves without opposition to modify the briefing schedule.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. In this

AMY MITCHELL v. MSPB                                                  2

case, the Board dismissed the appeal for lack of jurisdic-
tion.   Thus, the Board is the proper respondent in this
petition for review.

Accordingly,

IT IS ORDERED THAT:

(1)  The Department of Justice's motion to reform the
caption is granted.  The revised official caption is reflected
above.

(2)   Mitchell's motion to set the briefing schedule is
granted.  Her opening brief is due April 15, 2013.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26